# Court of Appeals
# of the State of Georgia

ATLANTA, March 15, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1342. MARK GARY HIGHSMITH v. THE STATE.**

In July 2018, Mark Highsmith pled guilty to four counts of smash-and-grab burglary and five counts of second-degree burglary, and the trial court imposed a total sentence of twenty years in prison, to be followed by ten years on probation. The record contains no indication that Highsmith filed a direct appeal from his judgment of conviction. In November 2018, Highsmith filed a motion to modify his sentence, which the trial court denied in December 2018. Highsmith sought appellate review of the December 2018 order by filing both a timely notice of appeal, which has been docketed in this Court as Case No. A19A1201, and a timely application for discretionary review, which was docketed as Case No. A19D0266. After we granted Highsmith's discretionary application in Case No. A19D0266, he filed a second notice of appeal, which has been docketed as the instant case, No. A19A1342.

The instant appeal – Case No. A19A1342 – is duplicative of the currently pending appeal in Case No. A19A1201. Consequently, Case No. A19A1342 is hereby DISMISSED as superfluous. The parties are DIRECTED to submit all future filings in this appeal under Case No. A19A1201.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/15/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*